# FINANCIAL DISCLOSURE REPORT
## Nomination Report

Report required by the Ethics in Government Act of 1978, as amended (5 U.S.C. App. 4, Sec. 101-112)

| Person Reporting (Last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Clifton, Richard R. | 9th-circuit | 06/28/2001 |

| Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5. Report Type (check type) | 6. Reporting Period |
|---|---|---|
| U.S. Circuit Judge | X Nomination, Date 06/22/1901<br>___ Initial ___ Annual ___ Final | 01/01/2000 to 06/28/2001 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 1000 Bishop Street, Suite 1200<br><br>Honolulu, Hawaii 96813 | Reviewing Officer _____ Date _____ |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on the last page.

## POSITIONS (Reporting individual only; see pp. 9-13 of Instructions.)

| | POSITION | NAME OF ORGANIZATION / ENTITY |
|---|---|---|
| | NONE (No reportable positions.) | |
| 1 | Partner | Cades Schutte Fleming & Wright |
| 2 | Director & Former Chairman (until 7/15/00) | Hawaii Public Radio |
| 3 | Director | Hawaii Women's Legal Foundation |

## I. AGREEMENTS (Reporting individual only; see pp. 14-16 of Instructions.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| | NONE | (No reportable agreements.) |
| | 01/95 | Cades Schutte Fleming & Wright Partnership Resolutions (including retirement terms, no control) |
| 2 | | |
| 3 | | |

## II. NON-INVESTMENT INCOME (Reporting individual and spouse; see pp. 17-24 of Instructions.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| | NONE (No reportable non-investment income.) | | |
| 1 | 1999 | Cades Schutte Fleming & Wright | 319,686 |
| 2 | 2000 | Cades Schutte Fleming & Wright | 257,791 |
| 3 | 2001 | Cades Schutte Fleming & Wright | 115,842 |
| 4 | 2001 | State of Hawaii – Reapportionment Commission | 50 |

## V. REIMBURSEMENTS -- ~~transportation, lodging, food, entertainment.~~

*Includes those to spouse and dependent children. See pp. 25-28 of Instructions.)*

|  | SOURCE | DESCRIPTION |
| --- | --- | --- |
| NONE | (No such reportable reimbursements.) | |
| 1 | | EXEMPT |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS

*(Includes those to spouse and dependent children. See pp. 29-32 of Instructions.)*

|  | SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- | --- |
| NONE | (No such reportable gifts.) | | |
| 1 | | EXEMPT | |
| 2 | | | |
| 3 | | | |

## VI. LIABILITIES

*...se of spouse and dependent children. See pp 33-35 of Instructions.)*

|  | CREDITOR | DESCRIPTION | VALUE CODE* |
| --- | --- | --- | --- |
| ☒ NONE | (No reportable liabilities.) | | |
| 1 | None | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |

* VAL CODES: J=$15,000 or less    K=$15,001-$50,000    L=$50,001 to $100,000    M=$100,001-$250,000    N=$250,001-$500,000
O=$500,001-$1,000,000    P1=$1,000,001-$5,000,000    P2=$5,000,001-$25,000,000    P3=$25,000,001-$50,000,000    P4=$50,000,001 or more

# NANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Clifton, Richard R. | 06/28/2001 |

## II. Page 1 INVESTMENTS and TRUSTS-- income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 First Hawaiian Bank CD | B | Interest | K | T | exempt | | | | |
| 2 First Hawaiian Bank checking | A | Interest | J | T | | | | | |
| 3 American Savings Bank | A | Interest | J | T | | | | | |
| 4 Territorial Savings & Loan | A | Interest | J | T | | | | | |
| Hawaii Central Credit Union | A | Interest | J | T | | | | | |
| 6 Univ of Hawaii FCU | A | Interest | J | T | | | | | |
| 7 Goodyear common | A | Dividend | J | T | | | | | |
| 8 Hawaiian Electric Industries common | B | Dividend | K | T | | | | | |
| 9 Brokerage acct #1 | | | | | | | | | |
| 10 Echostar Communications common | | None | L | T | | | | | |
| IBM common | A | Dividend | K | T | | | | | |
| 12 Metromedia Fiber Networks common | | None | J | T | | | | | |
| 13 Real Networks common | | None | J | T | | | | | |
| 14 CDC Nvest Cash Mgtmt Trust | B | Dividend | K | T | | | | | |
| 15 Fidelity Growth & Income (IRA) | A | Dividend | K | T | | | | | |
| 16 Fidelity Magellan Fund (IRA) | A | Dividend | K | T | | | | | |
| 17 Oppenheimer Growth Fund A (IRA) | A | Dividend | K | T | | | | | |

1 Inc/Gain Codes: A=$1,000 or less  B=$1,001-$2,500  C=$2,501-$5,000  D=$5,001-$15,000  E=$15,001-$50,000
(Col. B1, D4)  F=$50,001-$100,000  G=$100,001-$1,000,000  H1=$1,000,001-$5,000,000  H2=$5,000,001 or more

2 Val Codes: J=$15,000 or less  K=$15,001-$50,000  L=$50,001-$100,000  M=$100,001-$250,000  N=$250,001-$500,000
(Col. C1, D3)  O=$500,001-$1,000,000  P1=$1,000,001-$5,000,000  P2=$5,000,001-$25,000,000  P3=$25,000,001-$50,000,000  P4=$50,000,001 or more

3 Val Mth Codes: Q=Appraisal  R=Cost (real estate only)  S=Assessment  T=Cash/Market
(Col. C2)  U=Book Value  V=Other  W=Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Clifton, Richard R. | 06/28/2001 |

## II. Page 2 INVESTMENTS and TRUSTS— income, value, transactions *(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure. | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 18  Brokerage acct #2 | | | | | | | | | |
| 19  Amgen common | | None | J | T | exempt | | | | |
| 20  Applied Materials common | | None | K | T | | | | | |
| 21  Ballard Power Systems common | | None | K | T | | | | | |
| 22  Ciena common | | None | K | T | | | | | |
| 23  Compaq common | A | Dividend | J | T | | | | | |
| 24  Intel common | A | Dividend | K | T | | | | | |
| 25  Nokia Corp Spon ADR | | None | J | T | | | | | |
| 26  Charles Schwab Money Market Fund | A | Dividend | K | T | | | | | |
| 27  Hawaii state bonds | | None | K | T | | | | | |
| 28  IRA acct #3 | | | | | | | | | |
| 29  Intel common | A | Dividend | K | T | | | | | |
|     Merck common | A | Dividend | K | T | | | | | |
| 31  Microsoft common | A | Dividend | J | T | | | | | |
| 32  Motorola common | A | Dividend | J | T | | | | | |
| 33  Jundt Growth Fund Class I | A | Dividend | J | T | | | | | |
| 34  Templeton Growth Fund class A | A | Dividend | L | T | | | | | |

1 Inc/Gain Codes:   A=$1,000 or less   B=$1,001-$2,500   C=$2,501-$5,000   D=$5,001-$15,000   E=$15,001-$50,000
(Col. B1, D4)   F=$50,001-$100,000   G=$100,001-$1,000,000   H1=$1,000,001-$5,000,000   H2=$5,000,001 or more

2 Val Codes:   J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000   N=$250,001-$500,000
(Col. C1, D3)   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000   P3=$25,000,001-$50,000,000   P4=$50,000,001 or more

3 Val Mth Codes:   Q=Appraisal   R=Cost (real estate only)   S=Assessment   T=Cash/Market
(Col. C2)   U=Book Value   V=Other   W=Estimated

## VII. Page 3 INVESTMENTS and TRUSTS— income, value, transactions
*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets (including trust assets) *Place "(X)" after each asset exempt from prior disclosure.* | B. Income during reporting period (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | C. Gross value at end of reporting period (1) Value Code (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| **NONE** (No reportable income, assets, or transactions.) | | | | | | | | | |
| 35 CREF Stock Fund | | None | K | T | exempt | | | | |
| 36 CREF Global Equities | | None | K | T | | | | | |
| 37 TIAA Traditional | A | Dividend | J | T | | | | | |
| 38 Brokerage acct #4 | | | | | | | | | |
| 39 Boeing common | A | Dividend | J | T | | | | | |
| 40 Compaq Common | A | Dividend | J | T | | | | | |
| 41 Schwab Money Market Fund | A | Dividend | J | T | | | | | |
| 42 Banc One Group Equity Index Fund A | A | Dividend | K | T | | | | | |
| 43 Brokerage acct #5 | | | | | | | | | |
| 44 Motorola Common | A | Dividend | J | T | | | | | |
| 45 Charles Schwab Money Market Fund | A | Dividend | J | T | | | | | |
| 46 Bank One Group Equity Index Fund A | A | Dividend | K | T | | | | | |
| 47 Agence 21, Inc. common | | None | M | W | | | | | |
| 48 MAAS Intek, Inc. common | | None | J | W | | | | | |
| 49 RepNet, Inc. | | None | J | W | | | | | |
| 50 HR-10 account | | | | | | | | | |
| 51 Diversified Investment Adv.Core Bond Fund (HR-10) | D | Dividend | M | T | | | | | |

1 Inc/Gain Codes: A=$1,000 or less   B=$1,001-$2,500   C=$2,501-$5,000   D=$5,001-$15,000   E=$15,001-$50,000
(Col. B1, D4)   F=$50,001-$100,000   G=$100,001-$1,000,000   H1=$1,000,001-$5,000,000   H2=$5,000,001 or more

2 Val Codes:   J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000   N=$250,001-$500,000
(Col. C1, D3)   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000   P3=$25,000,001-$50,000,000   P4=$50,000,001 or more

3 Val Mth Codes: Q=Appraisal   R=Cost (real estate only)   S=Assessment   T=Cash/Market
(Col. C2)   U=Book Value   V=Other   W=Estimated

## I. Page 4 INVESTMENTS and TRUSTS-- income, value, transactions *(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | C. Gross value at end of reporting period (1) Value Code (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 52 Diversified Investment Adv. Value & Income (HR-10) | D | Dividend | N | T | exempt | | | | |
| 53 Diversified Investment Adv. Equity Growth (HR-10) | A | Dividend | M | T | | | | | |
| 54 Diversified Investment Adv. Special Equity (HR-10) | A | Dividend | M | T | | | | | |
| 55 401K account | | | | | | | | | |
| 56 Diversified Investment Adv. Growth & Income (401k) | A | Dividend | N | T | | | | | |
| 57 Trust #1 First Hawaiian Bank checking | | None | J | T | | | | | |
| Kala Hui Investment Club | A | Dividend | J | T | | | | | |
| 59 Agilent Technologies common | | | | | | | | | |
| 60 Amgen common | | | | | | | | | |
| 61 Avaya common | | | | | | | | | |
| 62 Cisco common | | | | | | | | | |
| 63 EMC Corp common | | | | | | | | | |
| 64 Enron Corp. common | | | | | | | | | |
| 65 Freddie Mac common | | | | | | | | | |
| 66 Intel Corp. common | | | | | | | | | |
| 67 Interpublic Common | | | | | | | | | |
| 68 J.P. Morgan Chase common | | | | | | | | | |

1 Inc/Gain Codes: A=$1,000 or less    B=$1,001-$2,500    C=$2,501-$5,000    D=$5,001-$15,000    E=$15,001-$50,000
(Col. B1, D4)    F=$50,001-$100,000    G=$100,001-$1,000,000    H1=$1,000,001-$5,000,000    H2=$5,000,001 or more

2 Val Codes:    J=$15,000 or less    K=$15,001-$50,000    L=$50,001-$100,000    M=$100,001-$250,000    N=$250,001-$500,000
(Col. C1, D3)    O=$500,001-$1,000,000    P1=$1,000,001-$5,000,000    P2=$5,000,001-$25,000,000    P3=$25,000,001-$50,000,000    P4=$50,000,001 or more

3 Val Mth Codes: Q=Appraisal    R=Cost (real estate only)    S=Assessment    T=Cash/Market
(Col. C2)    U=Book Value    V=Other    W=Estimated

## VII. Page 5 INVESTMENTS and TRUSTS— income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure. | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 69 Mcdata Corp. common | | | | | exempt | | | | |
| 70 Merck common | | | | | | | | | |
| 71 Nabors Industries common | | | | | | | | | |
| 72 Newell Rubbermaid common | | | | | | | | | |
| Newport common | | | | | | | | | |
| 74 Oracle common | | | | | | | | | |
| 75 Pepsi common | | | | | | | | | |
| 76 Proctor & Gamble common | | | | | | | | | |
| 77 Sun Microsystems common | | | | | | | | | |
| 78 Sysco common | | | | | | | | | |
| Walgreen common | | | | | | | | | |
| 80 Agence 21, Inc. note | None | | K | U | | | | | |
| 81 | | | | | | | | | |
| 82 | | | | | | | | | |
| 83 | | | | | | | | | |
| 84 | | | | | | | | | |
| 85 | | | | | | | | | |

| 1 Inc/Gain Codes: (Col. B1, D4) | A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| | F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes: (Col. C1, D3) | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|---|
| | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes: (Col. C2) | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|---|
| | U=Book Value | V=Other | W=Estimated | |

## III. ADDITIONAL INFORMATION OR EXPLANATIONS.

*dicate part of report.)*

\RT 3: Date re:       2, cntd ...001

| | Name of Person Reporting | Date of Report |
| --- | --- | --- |
| | Clifton, Richard R. | 06/28/2001 |

## III. ADDITIONAL INFORMATION OR EXPLANATIONS.

*dicate part of report.)*

\RT 3: Date re:       2, cntd ...001

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Clifton, Richard R. | 06/28/2001 |

**ECTION HEADING.** (Indicate part of report.)

1formation continued from Parts I through VI, inclusive.

PART 1. POSITIONS (cont'd.)

| .ne | Position | Name of Organization/Entity |
|---|---|---|
| 4 | Director | Ninth Judicial Circuit Historical Society |
| 5 | Director | American Judicature Society, Hawaii Chapter |
| 6 | Trustee | Kent M Keith Insurance Trust (Trust #1) |

PART 3. NON-INVESTMENT INCOME (cont'd.)

| ine | Date | Source and Type | Gross Income |
|---|---|---|---|
| 5 | 1999 | Self-employed, dietitian consultant | |
| 6 | 2000 | Self-employed, dietitian consultant | |
| 7 | 2001 | Self-employed, dietitian consultant | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Clifton, Richard R. | 06/28/2001 |

**ECTION HEADING.** (Indicate part of report.)

1formation continued from Parts I through VI, inclusive.

PART 1. POSITIONS (cont'd.)

| .ne | Position | Name of Organization/Entity |
|---|---|---|
| 4 | Director | Ninth Judicial Circuit Historical Society |
| 5 | Director | American Judicature Society, Hawaii Chapter |
| 6 | Trustee | Kent M Keith Insurance Trust (Trust #1) |

PART 3. NON-INVESTMENT INCOME (cont'd.)

| ine | Date | Source and Type | Gross Income |
|---|---|---|---|
| 5 | 1999 | Self-employed, dietitian consultant | |

## CERTIFICATION

I certify that all the information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. 4, section 501 et. seq., 5 U.S.C. 7353 and Judicial Conference regulations.

Signature _Richard R. Clifton_     Date _7/3/01_

Note:     Any individual who knowingly and wilfully falsifies or fails to file this report may be subject to civil and criminal sanctions (5 U.S.C. App. 4, Section 104).

**FILING INSTRUCTIONS**

Mail original and three additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
One Columbus Circle, N.E.
Suite 2-301
Washington, D.C. 20544